FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANE MCLAUGHLIN, ET AL.,<br><br>Defendants | No. CV 09-6863 CBM (FMOx)<br><br>PERMANENT INJUNCTION |

    In accordance with the Court's Order Granting Plaintiff's Motion for Entry of Default Judgment, a Preliminary Injunction is hereby **ISSUED**,[1] restraining and enjoining Defendant Michael Jeffrey as follows:

    Defendant Jeffrey and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of this Injunction are hereby permanently enjoined from importing, manufacturing, distributing, advertising, selling and/or offering for sale any footwear which displays or uses the likenesses of or bears confusingly similarity to the Deckers

---

[1] Pursuant to the Lanham Act, a court is authorized to grant injunctive relief to prevent violations of the rights of trademark holder. 15 U.S.C. § 1116.

Trademarks;[2]

    IT IS SO ORDERED.

DATED: December 29, 2010    By _____
                                                         CONSUELO B. MARSHALL
                                                         UNITED STATES DISTRICT JUDGE

---

[2] The two pertinent trademarks are the UGG trademark, Registration Number 3,050,925, and the Sun Logo trademark, Registration Number 2,314,853. (Compl. at ¶¶13-14.)